**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-30207 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-02140-FVS |
| v. | |
| ALFREDO MENDOZA-ALVAREZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Fred L. Van Sickle, District Judge, Presiding

Submitted April 22, 2015[**]

Before:     GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

Alfredo Mendoza-Alvarez appeals from the revocation of supervised release

and six-month sentence imposed upon revocation.  Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Mendoza-Alvarez's counsel has filed a brief

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

stating that the appeal is moot, along with a motion to withdraw as counsel of record.

We agree that the appeal is moot because Mendoza-Alvarez has fully served his custodial sentence and is not subject to an additional term of supervised release. *See Spencer v. Kemna*, 523 U.S. 1, 14 (1998); *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999). We, therefore, dismiss the appeal.

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED.**